UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVE WALLING, Individually and on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>       - v. -<br><br>THE KRAFT HEINZ COMPANY, BERNARDO HEES, PAULO BASILIO, DAVID KNOPF, GEORGE ZOGHBI, CHRISTOPHER R. SKINGER, VINCE GARLATI, and 3G CAPITAL INC.,<br><br>          Defendants. | Case No. 2:19-cv-00214-MRH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER** |

    WHEREAS, on February 26, 2019, Plaintiff in the above-captioned action (the "Action") filed a class action complaint asserting claims against Defendants The Kraft Heinz Company, Bernardo Hees, Paulo Basilio, David Knopf, George Zoghbi, Christopher R. Skinger, Vince Garlati, and 3G Capital Inc. ("3G Capital," and collectively, "Defendants") pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. Sections 78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder by the SEC, 17 C.F.R. Section 240.10b-5;

    WHEREAS, the Action was assigned to United States District Court Chief Judge Mark R. Hornak;

    WHEREAS, the complaint in this Action is governed by the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4 *et seq*. (the "PSLRA"), which, among other things, provides for a specific process for the appointment of lead plaintiff(s) and lead counsel to represent the putative class;

WHEREAS, pursuant to Section 21D(a)(3)(A) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(A), as amended by the PSLRA, the deadline for any Class member to move for appointment as lead plaintiff is April 25, 2019;

WHEREAS, on March 5, 2019, Defendants The Kraft Heinz Company, Bernardo Hees, Paulo Basilio, David Knopf, George Zoghbi, Christopher R. Skinger, and Vince Garlati, by their counsel Stephen M. Mahieu, executed waivers of the service of the summons and complaint, without prejudice to and without waiver of any of those Defendants' defenses, objections or arguments, except as to sufficiency of service of process; and

WHEREAS, 3G Capital was served with the Complaint on March 1, 2019 and Plaintiff and 3G Capital agreed, by email dated March 22, 2019, that 3G Capital would not have to respond to the Complaint until after the schedule set forth in this stipulation;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, as follows:

1. Undersigned counsel for Defendants is authorized to accept, and hereby does accept, service of the summons and complaints in the Action on behalf of all Defendants, without prejudice and without waiver of any of Defendants' defenses, objections or arguments, except as to sufficiency of service of process.

2. Defendants shall not be required to answer or otherwise respond to, and are hereby expressly relieved from answering or otherwise responding to, any complaints filed in the Action subject to the provisions of paragraphs 3 and 4 below.

3. Within 60 days after the entry of an order appointing, pursuant to the PSLRA, lead plaintiff(s) and lead counsel in the Action (or a consolidated action encompassing the Action), lead plaintiff(s) shall either: (1) serve and file a consolidated class action complaint,

which shall serve as the operative complaint in the action and shall supersede all other complaints filed in and/or transferred to this Court related to the Action; or (2) notify counsel for Defendants that the complaint previously filed by lead plaintiff(s) will remain the operative complaint in the Action;

      4.      Defendants shall have 60 days from the date on which lead plaintiff(s) complies with paragraph 3 to move or plead in response to the operative complaint.

      5.      Lead plaintiff(s) shall have 60 days from the date on which Defendants move or plead to file a memorandum in opposition.

      6.      Defendants shall have 45 days from the date on which lead plaintiff(s) file(s) an opposition to file their reply.

      7.      There have been no requests for an extension of time previously made in this matter.

Dated: April 18, 2019				Respectfully submitted,

						**BLANK ROME LLP**

						BY:  */s/ Roy W. Arnold*
						Roy W. Arnold
						501 Grant Street, Suite 850
						Pittsburgh, PA  15219
						Phone:  (412) 932-2800
						Fax:  (412) 932-2777
						Email:  rarnold@blankrome.com

						**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

						Daniel J. Kramer (*pro hac vice*)
						Andrew J. Ehrlich (*pro hac vice*)
						William A. Clareman (*pro hac vice*)
						1285 Avenue of the Americas
						New York, NY  10019-6064
						Phone:  (212) 373-3000
						Fax:  (212) 757-3990
						Email:  dkramer@paulweiss.com
						Email:  aehrlich@paulweiss.com
						Email:  wclareman@paulweiss.com

						*Counsel for Defendants The Kraft Heinz Company, Bernardo Hees, Paulo Basilio, David Knopf, George Zoghbi, Christopher R. Skinger, and Vince Garlati*

**COHEN & GRIGSBY, P.C.**

BY: */s/ Larry K. Elliott*
Larry K. Elliott
625 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 297-4900
Fax: (412) 209-0672
Email: lelliott@cohenlaw.com


**KIRKLAND & ELLIS LLP**
Sandra C. Goldstein (*pro hac vice* to be filed)
601 Lexington Avenue
New York, NY 10022
Phone: (212) 446-4800
Fax: (212) 446-4900
Email: sandra.goldstein@kirkland.com

*Counsel for Defendant 3G Capital Inc.*

**LAW OFFICES OF ALFRED G. YATES, JR.**

BY: */s/ Alfred G. Yates, Jr*
Alfred G. Yates , Jr.
300 Mount Lebanon Boulevard
Suite 206B
Pittsburgh, PA 15234
Phone:  (412) 391-5164
Email: yateslaw@aol.com


**ROBBINS GELLER RUDMAN & DOWD LLP**

Samuel H. Rudman (admitted *pro hac vice*)
David A. Rosenfeld (admitted *pro hac vice*)
58 South Service Road
Suite 200
Melville, NY 11747
Phone:  (631) 367-7100
Fax:  (631) 367-1173
Email: srudman@rgrdlaw.com
         drosenfeld@rgrdlaw.com


**JOHNSON FISTEL LLP**
Michael I. Fistel, Jr. (*pro hac vice* to be filed)
40 Powder Springs Street
Marietta, GA 30064
Phone:  470/632-6000
Fax:  (770) 200-3101
Email:  michaelf@johnsonfistel.com

*Counsel for Plaintiff*

SO ORDERED.

Dated: _____, 2019

_____
    Honorable Mark R. Hornak
    United States District Chief Judge

6