UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVE WALLING, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE KRAFT HEINZ COMPANY, BERNARDO HEES, PAULO BASILIO, DAVID KNOPF, GEORGE ZOGHBI, CHRISTOPHER R. SKINGER, VINCE GARLATI, and 3G CAPITAL INC.,<br><br>Defendants. | Case No. 2:19-cv-00214-MRH<br><br>Honorable Mark R. Hornak<br><br>**Electronically Filed** |

**DECLARATION OF JOSHUA A. KOBRIN IN SUPPORT OF
THE MOTION OF SJUNDE AP-FONDEN AND UNION ASSET
MANAGEMENT HOLDING AG FOR APPOINTMENT AS
<u>LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL</u>**

I, Joshua A. Kobrin, declare as follows:

1. I am a member in good standing of the bar of the Commonwealth of Pennsylvania and am admitted to practice before this Court. I am a partner with the law firm Marcus & Shapira LLP. I submit this declaration in support of the Motion of Sjunde AP-Fonden and Union Asset Management Holding AG for Appointment as Lead Plaintiff and Approval of Selection of Counsel. I have knowledge of the facts set forth herein and, if required, could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following exhibits:

Exhibit A: Sworn Certifications of Sjunde AP-Fonden and Union Asset Management Holding AG pursuant to the Private Securities Litigation Reform Act of 1995 and Union's Declarations of Assignment;

Exhibit B: Joint Declaration of Richard Gröttheim, Dr. Carsten Fischer, and Jochen Riechwald in Support of the Motion of Sjunde AP-Fonden and Union Asset Management Holding AG for Appointment as Lead Plaintiff and Approval of Their Selection of Counsel;

Exhibit C: Notice of pendency of *Hedick v. The Kraft Heinz Co., et al.*, No. 1:19-cv-01339 (N.D. Ill.), published by *Business Wire*, dated February 24, 2019;

Exhibit D: Firm Résumé of Kessler Topaz Meltzer & Check, LLP;

Exhibit E: Firm Résumé of Bernstein Litowitz Berger & Grossmann LLP; and

Exhibit F: Firm Résumé of Marcus & Shapira LLP.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th Day of April 2019.

**MARCUS & SHAPIRA LLP**

<u>*s/ Joshua A. Kobrin*</u>
Joshua A. Kobrin (PA #318200)
301 Grant Street
One Oxford Centre, 35th Floor
Pittsburgh, PA 15219
Telephone: (412) 471-3490
Facsimile: (412) 391-8758
kobrin@marcus-shapira.com

*Proposed Liaison Counsel for the Class*

## CERTIFICATE OF SERVICE

I, Joshua A. Kobrin, hereby certify that on April 25, 2019, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's CM/ECF automated filing system.

*s/ Joshua A. Kobrin*
JOSHUA A. KOBRIN (PA # 318200)
