UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVE WALLING, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>vs.<br><br>KRAFT HEINZ COMPANY, et al.,<br><br>        Defendants. | Civ. Action No. 2:19-cv-00214-MRH<br><br>CLASS ACTION<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Steve Walling hereby voluntarily dismisses the above-captioned action. Defendants have not filed an answer or moved for summary judgment. Plaintiff has not previously dismissed an action based on or including the same claims as presented in this instant action. This dismissal is without prejudice.

Date: April 26, 2019

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN (admitted *pro hac vice*)
DAVID A. ROSENFELD (admitted *pro hac vice*)


*/s/ Samuel H. Rudman*
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

LAW OFFICE OF ALFRED G.
  YATES, JR., P.C.
ALFRED G. YATES, JR. (PA 17419)
GERALD L. RUTLEDGE (PA 62027)
300 Mt. Lebanon Blvd., Suite 206-B
Pittsburgh, PA  15234
Telephone:  412/391-5164
412/471-1033 (fax)
yateslaw@aol.com

JOHNSON FISTEL, LLP
MICHAEL I. FISTEL, JR.
40 Powder Springs Street
Marietta, GA  30064
Telephone:  470/632-6000
770/200-3101 (fax)
michaelf@johnsonfistel.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Samuel H. Rudman, hereby certify that on April 26, 2019, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Samuel H. Rudman*
SAMUEL H. RUDMAN